# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

─────

**No. 10-1343**                                                      **September Term, 2010**

FILED ON: MAY 27, 2011

United States Postal Service,

Petitioner

v.

Postal Regulatory Commission

Respondents

Before: HENDERSON, TATEL and BROWN, *Circuit Judges*.

**O R D E R**

It is **ORDERED** by the court that the opinion filed by the court on May 24, 2011 be amended as follows:

On page 7, line -9: insert "first" between "our" and "inquiry."

On page 7, line -1, add the following footnote 4:

> [4]Our second inquiry will require us to proceed to *Chevron* step 2 because the phrase "due to" has an additional—and ambiguous—meaning, which the Commission did not address. *See infra* pp. 9-11.

On page 10, lines 6-7, substitute

> "due *in part* to" as well as "due *only* to"

for

> "*due in part to*" as well as "due only to."

On page 11, line 11, substitute

      latter

for

      second

                                              For the Court:
                                              Mark J. Langer, Clerk

BY:   /s/
                                              Jennifer M. Clark
                                            Deputy Clerk